No. 206. SHERMO, Appellant, v. HERTEL, Respondent.

(Also reported in 221 N. W. 2d 921.)

The cause was submitted for the appellant on the briefs of *Arnold P. Anderson* and *Carroll, Parroni, Postlewaite & Anderson,* all of Eau Claire, and for the respondent on the brief of *Joseph F. Preloznik* of Madison.

The order is affirmed.